**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

HAIBAO WANG

Plaintiff,

v.

Case No.: 1:26−cv−05714
Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 10/13/2026. As discussed on the record, Non−Party Amazon.com's motion for temporary stay of enforcement of transfer order [35] is granted. The Court hereby stays enforcement of those portions of the Consent Judgment Orders dated September 14, 2025 [27], [28] directing Amazon.com to transfer seller funds to Plaintiff until further order of the Court. By 11/13/2026, the parties shall file a status report setting forth: (1) the status of the motion to stay filed in Nextclimb Investments, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A, No. 1:26−cv−05593, and (2) whether any circumstances have changed that would warrant the Court reconsidering or modifying the stay of these proceedings. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.